**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Erna Aletta  Cox v. Kevin Stuart Cox

Appellate case number:    01-21-00521-CV

Trial court case number:  2020-28443

Trial court:                        247th District Court of Harris County

Appellant Erna Aletta Cox filed a notice of appeal on September 29, 2021.  On November 8, 2021, Appellant filed in this Court a "Statement of Inability to Afford Payment of Court Costs or an Appeal Bond."  After consideration of documents filed in this proceeding, **the Clerk of this Court is directed to make an entry in this Court's records that Appellant is allowed to proceed on appeal without payment of costs.**[1]  *See* TEX. R. APP. P. 20.1(a), (c).

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                              Acting individually

Date:  November 16, 2021

---

[1]     "Costs" are defined as filing fees charged by the Court of Appeals. TEX. R. APP. P. 20.1(a).